UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

ANTHONY HARRIS,

                    Plaintiff,                    **CIVIL JUDGMENT**

                                                  07 Civ. 11555 (KMW)
        -against-

THE CITY OF NEW YORK; THE
STATE OF NEW YORK; GANG
INTELLIGENCE; C.O. MONTANEZ              **SCANNED**
#2080; C.O. E. CASTRO #3652;
WARDEN of EMTC,

                    Defendants.
——————————————————————X

        Pursuant to the order issued _____**APR 2 2 2008**_____ by the Honorable Kimba M.

Wood, Chief Judge, dismissing this action, it is,

        ORDERED, ADJUDGED AND DECREED:  That the complaint be and it is hereby

dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii), (iii). I certify pursuant to 28 U.S.C. § 1915(a)(3) that any

appeal from the Court's order would not be taken in good faith.

                                        _____
                                        KIMBA M. WOOD
                                        Chief Judge

Dated: **APR 2 2 2008**
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.